922

No. 809, Misc.   RAMSEY *v.* BOLES, WARDEN.   Supreme Court of Appeals of West Virginia.   Certiorari denied.

No. 803, Misc.   HINGUANZO *v.* UNITED STATES.   United States Court of Appeals for the District of Columbia Circuit.   Certiorari denied.   *Josiah Lyman* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller* and *Beatrice Rosenberg* for the United States.

No. 805, Misc.   BEARDEN *v.* UNITED STATES.   C. A. 5th Cir.   Certiorari denied.   *William F. Walsh* for petitioner. *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Ronald L. Gainer* for the United States.

No. 807, Misc.   CALITRI *v.* MURPHY, WARDEN.   C. A. 2d Cir.   Certiorari denied.

No. 813, Misc.   PITMON *v.* WASHINGTON ET AL.   Supreme Court of Washington.   Certiorari denied.

No. 816, Misc.   KILGORE ET AL. *v.* UNITED STATES. C. A. 8th Cir.   Certiorari denied.   Petitioners *pro se.* *Solicitor General Cox, Assistant Attorney General Miller, Beatrice Rosenberg* and *Robert G. Maysack* for the United States.

No. 819, Misc.   WASHA *v.* EYMAN, WARDEN.   C. A. 9th Cir.   Certiorari denied.

No. 820, Misc.   JOHNSON *v.* COLORADO.   Supreme Court of Colorado.   Certiorari denied.   *Isaac Mellman* and *Gerald N. Mellman* for petitioner.   *Duke W. Dunbar,* Attorney General of Colorado, *Frank E. Hickey,* Deputy Attorney General, and *John E. Bush,* Assistant Attorney General, for respondent.